# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:17-cr-263-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CLARENCE ROBERT BROWN, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Reconsideration of this Court's Order denying Defendant's Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 27). Defendant contends that changed circumstances warrant a reconsideration of the Court's prior denial of her motion for compassionate release.

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: October 13, 2021

Max O. Cogburn Jr.
United States District Judge